# Court of Appeals
# of the State of Georgia

ATLANTA,   December 03, 2015

*The Court of Appeals hereby passes the following order:*

## A16D0123.  WILLIE F. WRIGHT, JR. v. KENYA L. YOUNG et al.

Willie Wright, Jr., a state prisoner, filed this civil action against defendants Kenya Young and Danreco Tucker.  On October 22, 2015, the trial court denied Wright's request for an order that he produced for the trial in this case.  Wright then filed this application for discretionary appeal.[1]  We lack jurisdiction.

Because it appears that the case remains pending in the trial court, the order Wright seeks to appeal is a non-final order which did not resolve all issues in the case.  He therefore was required to follow the procedures for interlocutory review as set forth in OCGA § 5-6-34 (b).  See *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991); *Gray v. Springs*, 224 Ga. App. 427 (481 SE2d 3) (1997). Where both discretionary and interlocutory application procedures apply, the applicant must follow the interlocutory appeal procedure and obtain a timely certificate of immediate review before filing an application.  See *Scruggs*, supra at 588-589 (1).

---

[1] Because he was incarcerated when he initiated this action, Wright's appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq. Under OCGA § 42-12-8, "[a]ppeals of all actions filed by prisoners shall be as provided in Code Section 5-6-35," the discretionary appeals statute.

Wright's failure to follow the proper appellate procedures deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_____12/03/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ , *Clerk.*